**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 22, 2012

No. 12-60097
Summary Calendar

Lyle W. Cayce
Clerk

AUGUSTUS P. SORIANO,

Plaintiff - Appellant

v.

TRUSTMARK NATIONAL BANK; LISA PENCE MCDANIEL,

Defendants - Appellees

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:11-CV-332

Before REAVLEY, DAVIS, and OWEN, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed for these reasons.

The district court decided that there was federal jurisdiction because plaintiff alleged that the dispute "emanated" from violation of bankruptcy rules and orders. We will accept that view of the pleading without more attention.

The difficulty is that no cause of action is alleged to have occurred before the year 2008. It follows that the state's three year statute of limitation barred

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

these claims when the complaint was filed in January of 2008.  The dismissal on Rule 12(b)(6) grounds was correct.

AFFIRMED.